| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) BORMAN, PAUL D | 2. Court or Organization U.S. DISTRICT COURT, EDM | 3. Date of Report 5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U.S. District Judge | 5. ReportType (check appropriate type) ● Nomination, Date 9/2/1994 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 740 U.S. Courthouse 231 W. Lafayette Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Foundation |
| 2. | Co-Trustee | Trust |
| 3. | Manager | L.L.C. |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE 2004 MAY 19 P 12:47 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/03 | West Publishing Company -- Royalty | $1020.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Sentencing Guidelines Seminar, Tampa Bay Chapter, FBA | May 29-30, 2003, Miami Beach FL; 2 nights hotel, meals, airfare, no Honorarium |
| 2. | Vanderbilt Law School, Nashville TN; teach class | Nov. 11, 2003, Nashville, TN; 1 day, meals, airfare, no Honorarium, no overnight |
| 3. | Ralph C. Wilson, Buffalo Bills Football Team | Jan. 24-27, 2003, San Diego, CA; 3 nights hotel, meals, 1 way airfare, Superbowl ticket |
| 4. | Ralph C. Wilson, Buffalo Bills Football Team | Nov. 16, 2003, Buffalo, NY; meals airfare, game ticket, no overnight |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BORMAN, PAUL D | 5/14/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Saving/Checking Account - Bank One | G | Interest | P2 | T | | | | | |
| 2. State of Israel Bonds | B | Interest | K | T | | | | | |
| 3. Bristol-Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 4. Campbell Soup Company | A | Dividend | K | T | | | | | |
| 5. Charter One Financial | D | Dividend | M | T | | | | | |
| 6. Del Monte | | None | K | T | | | | | |
| 7. Gillette | C | Dividend | M | T | | | | | |
| 8. H.J. Heinz Company | C | Dividend | M | T | | | | | |
| 9. Kellogg Company | C | Dividend | M | T | | | | | |
| 10. Merck & Company, Inc. | D | Dividend | M | T | | | | | |
| 11. Bank One | E | Dividend | P1 | T | | | | | |
| 12. Medco Health (Merck spinoff) | | None | J | T | | | | | |
| 13. Proctor & Gamble Company | D | Dividend | N | T | | | | | |
| 14. Smucker | A | Dividend | J | T | | | | | |
| 15. Tribune Company | B | Dividend | M | T | Part. Don. | 12/23 | K | | Foundation |
| 16. Zimmer | | None | J | T | | | | | |
| 17. Pfizer | C | Dividend | N | T | | | | | |
| 18. 4% Int. Village Green Apt. Ltd. Partner, Southgate, MI | A | Rent | L | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. 11% Int. Kendallwood Apt. Ltd. Farmington Hills, MI | F | Rent | O | W | | | | | |
| 20. The notes listed in lines 22-29 represent the same approximate corpus | | | | | | | | | |
| 21. reinvested approximately monthly until June 13, then put in Savings Account | | | | | | | | | |
| 22. G.E. Commercial Paper | D | Interest | | | | | P2 | D | 1/03/03 Redeemed |
| 23. G.E. Commercial Paper | C | Interest | | | Buy | 1/03 | P2 | C | 1/17/03 Redeemed |
| 24. G.E. Commercial Paper | D | Interest | | | Buy | 1/17 | P2 | D | 2/07/03 Redeemed |
| 25. G.E. Commercial Paper | D | Interest | | | Buy | 2/07 | P2 | D | 3/10/03 Redeemed |
| 26. G.E. Commercial Paper | D | Interest | | | Buy | 3/10 | P2 | D | 4/08/03 Redeemed |
| 27. G.E. Commercial Paper | D | Interest | | | Buy | 4/08 | P2 | D | 5/08/03 Redeemed |
| 28. G.E. Commercial Paper | D | Interest | - | | Buy | 5/08 | P2 | D | 6/13/03 Redeemed |
| 29. Northwestern Mutual Life (Retirement Account) | | Interest | J | T | | | | | |
| 30. Teachers Insurance & Annuity Ass'n College Retirement Acct. | E | Interest | M | T | | | | | |
| 31. IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 32. IRA Stock - Gillette | A | Dividend | L | T | | | | | |
| 33. Equitable Life Ins. Company Retirement Account | A | Interest | K | T | | | | | |
| 34. | | | | | | | | | |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A. =$1,000 or less | B. =$1,001-$2,500 | C. =$2,501-$5,000 | D. =$5,001-$15,000 | E. =$15,001-$50,000 |
|---|---|---|---|---|---|
| | F. =$50,001-$100,000 | G. =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J. = $15,000 or less | K. =$15,001-$50,000 | L. =$50,001-$100,000 | M. =$100,001-$250,000 | |
| | N. =$250,000-$500,000 | O. =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | | | | | | disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (3) | (4) Gain Code (m) | (5) |
| | Commercial Paper | E | Interest | Same corpus (P1) reinvested as in lines 22-28; gain (B) then put in Savings Account | | | | | |
| 40. | Anheuser Busch | A | Dividend | L | T | | | | |
| 41. | Automatic Data Processing | A | Dividend | L | T | | | | |
| 42. | Boeing | A | Dividend | K | T | Bought | 11/4 | K | |
| | Campbell Soup Company | C | Dividend | L | T | Sold part | 12/30 | J | D |
| 44. | Caterpillar | A | Dividend | K | T | Bought | 11/04 | K | |
| | Charter One Financial | B | Dividend | L | T | Sold part | 9/23 | K | E |
| | Cisco Systems | | None | K | T | | | | |
| | Dell | | None | K | T | | | | |
| | Dominion Res | A | Dividend | K | T | | | | |
| 49. | Exxon Mobil | A | Dividend | K | T | Sold part | 12/30 | K | A |
| 50. | Fifth Third Bank | A | Dividend | K | T | Sold part | 9/23 | J | A |
| 51. | Fiserv, Inc. | | None | L | T | | | | |
| 52. | General Electric | A | Dividend | K | T | | | | |
| | International Paper | A | Dividend | | | Bought | 9/23 | K | |
| 54. | INTEL | A | Dividend | J | T | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BORMAN, PAUL D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. IVAX | | None | K | T | | | | | |
| 56. Kellogg Company | C | Dividend | M | T | Sold part | 12/30 | K | D | |
| 57. Kraft | A | Dividend | | | Sold | 12/30 | K | A | |
| 58. Lowe's | A | Dividend | K | T | | | | | |
| 59. Maytag | A | Dividend | K | T | | | | | |
| 60. Merck & Company, Inc. | D | Dividend | N | T | | | | | |
| 61. Medco Health (Merck spinoff) | | None | | | Sold | 9/03 | J | A | |
| 62. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 63. Reebok | A | Dividend | K | T | | | | | |
| 64. Quest Diagnostics | | None | - | | Bought | 12/30 | K | | |
| 65. Royal Dutch Shell | | None | K | T | Bought | 12/30 | K | | |
| 66. Schlumberger | A | Dividend | | | Sold | 12/30 | K | A | |
| 67. Safeway | | None | | | Sold | 12/30 | K | A | |
| 68. Stryker Corporation | A | Dividend | K | T | | | | | |
| 69. Sunguard Data | | None | K | T | | | | | |
| 70. Washington Mutual | A | Dividend | K | T | Sold part | 9/23 | J | A | |
| 71. Wells Fargo | B | Dividend | K | T | Sold part | 9/23 | K | D | |
| 72. Money Market Account - Northern Trust | B | Interest | N | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. L.L.C. | | | | | L.L.C. | | | | |
| 74. American Express | A | Dividend | K | T | | | | | |
| 75. Affiliated Compu Serv | | None | K | T | Sold part | 12/30 | K | D | |
| 76. Boeing | A | Dividend | J | T | | | | | |
| 77. Automatic Data | A | Dividend | J | T | | | | | |
| 78. Cardinal Health | A | Dividend | | | Sold | 9/24 | K | A | |
| 79. Charter One | A | Dividend | K | T | Sold part | 9/23 | K | D | |
| 80. Caterpillar | A | Dividend | K | T | | | | | |
| 81. Cisco | | None | J | T | | | | | |
| 82. Dell | | None | K | T | | | | | |
| 83. Exxon Mobil | A | Dividend | | | Sold | 12/30 | K | A | |
| 84. Fiserv | | None | K | T | | | | | |
| 85. G.E. | A | Dividend | J | T | | | | | |
| 86. General Mills | A | Dividend | | | Sold | 12/30 | K | A | |
| 87. IVAX | | None | K | T | | | | | |
| 88. INTEL | A | Dividend | K | T | | | | | |
| 89. International Paper | | None | K | T | Bought | 9/23 | K | | |
| 90. Lowe's | A | Dividend | L | T | Sold part | 12/30 | K | D | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Maytag | A | Dividend | J | T | | | | | |
| 92. Mellon Financial | A | Dividend | J | T | Sold part | 9/23 | J | A | |
| 93. Marsh & McLennan | A | Dividend | | | Sold | 12/30 | K | A | |
| 94. Merck | A | Dividend | K | T | | | | | |
| 95. Medco Health (Merck spinoff) | | None | | | Sold | 9/23 | J | A | |
| 96. Omnicom | A | Dividend | K | T | | | | | |
| 97. Pepsico | A | Dividend | K | T | | | | | |
| 98. Quest Diagnostic | | None | K | T | | | | | |
| 99. Reebok | A | Dividend | K | T | | | | | |
| 100. Royal Dutch Shell | | None | K | T | Bought | 12/30 | K | | |
| 101. Schlumberger | A | Dividend | | | Sold | 12/30 | K | A | |
| 102. Safeway | | None | | | Sold | 12/30 | J | | |
| 103. Stryker | A | Dividend | K | T | Sold part | 12/30 | K | D | |
| 104. Sun Micro | | None | | | Sold | 12/30 | J | A | |
| 105. Washington Mutual | | None | J | T | Sold part | 9/23 | J | A | |
| 106. Wells Fargo | A | Dividend | K | T | Sold part | 9/23 | J | B | |
| 107. Commercial Paper | E | Interest | P1 | T | Same corpus (P1) reinvested monthly as in lines 22-28; monthly gain (B); then put in Savings Account | | | | |
| 108. Bristol-Myers Squibb | C | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BORMAN, PAUL D | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. Zimmer | | None | K | T | | | | | |
| 110. Eastman Chemical | A | Dividend | J | T | | | | | |
| 111. Bank One | D | Dividend | N | T | | | | | |
| 112. Eastman Kodak | A | Dividend | | | Sold | 9/23 | K | B | |
| 113. Money Market Account - Northern Trust | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BORMAN, PAUL D | 5/14/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

I, Paul D. Borman, am one of a class of potential beneficiaries of the Trust. I have never received any distributions from this Trust. The Trust Assets are listed in category VII, pages 3-4.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date May 14, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544